| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | TREVOR D. PRIGGETT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00078-SAB |
|---|---|
| *Plaintiff*, | **STIPULATION TO CONTINUE STATUS HEARING; ORDER** |
| vs. | |
| TREVOR D. PRIGGETT, | Date: August 16, 2018 |
| | Time: 10:00 a.m. |
| *Defendant*. | Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Trevor D. Priggett that a status conference be continued to November 1, 2018, at 10:00 a.m.

Mr. Priggett recently lost his infant son. He is in grief counseling, working part-time, and going to barber school. The parties believe Mr. Priggett would benefit from time to properly grieve before moving forward with this case.

///

///

///

///

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 3, 2018  /s/ Michael Tierney
MICHAEL TIERNEY
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 3, 2018  /s/ Andrew Wong
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
TREVOR D. PRIGGETT

## **O R D E R**

**IT IS SO ORDERED.** A status conference is hereby continued to November 1, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**August 3, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE