| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | TREVOR PRIGGETT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00078-SAB |
| Plaintiff, | STIPULATION TO VACATE STATUS HEARING AND |
| vs. | SET CHANGE OF PLEA; ORDER |
| TREVOR PRIGGETT, | DATE: April 16, 2020 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Trevor Priggett, that the status conference currently scheduled for April 16, 2020, may be vacated and a change of plea hearing be set for June 25, 2020, at 10:00 a.m.

In light of the recent Eastern District of California General Orders and the ongoing public health risks posed by the coronavirus pandemic, the parties jointly move to vacate Mr. Priggett's status hearing currently set for April 16, 2020. The parties request that the Court set a change of plea hearing for June 25, 2020.

/ / /

/ / /

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS |
| | Federal Defender |
| Date: April 10, 2020 | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>TREVOR PRIGGETT |
| | MCGREGOR W. SCOTT<br>United States Attorney |
| Date: April 10, 2020 | */s/ Jeffrey Spivak*<br>JEFFREY SPIVAK<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on a showing of good cause, the Court hereby orders that the status conference currently scheduled for April 16, 2020, is vacated. A change of plea hearing is set for June 25, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **April 13, 2020**

UNITED STATES MAGISTRATE JUDGE