HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TREVOR PRIGGETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00078-SAB |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563; FED. R. CRIM. P. 32.1(C)** |
| vs. | |
| TREVOR PRIGGETT, | |
| Defendant. | |

The parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Trevor Priggett, jointly request that this Court modify the conditions of Mr. Priggett's probation by suspending his self-surrender date until November 30, 2020.

The parties stipulate as follows:

1. On June 25, 2020, the Court sentenced Trevor Priggett to 5 days of imprisonment, to be served on weekends, beginning on October 2, 2020. ECF No. 29. The Court also sentenced Mr. Priggett to 36 months of probation, set to expire on January 18, 2022. *Id*.

2. On October 1, 2020, the Court granted the parties request, in part, to postpone Mr. Priggett's self-surrender date until November 6, 2020. ECF No. 31.

3. Mr. Priggett currently works full time providing vehicle maintenance in order to

support his family.  Due to the nature of his employment, Mr. Priggett regularly works on Monday, Tuesday, Thursday, Saturday, and Sunday each week.

4. Mr. Priggett and his family expect to welcome a newborn to their family on or around November 12, 2020.

5. Since the Court's October 1 order setting the current self-surrender date (ECF No. 31), Mr. Priggett has received permission to take leave from his employment in order to welcome his new child into the world and complete his term of incarceration.  Mr. Priggett asks the Court to slightly modify his probation in order to permit him to serve his sentence on consecutive days during his scheduled leave.

6. Given the aforementioned concerns, the parties stipulate and request, pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), that the Court modify Mr. Priggett's sentence to suspend his self-surrender date until November 30, 2020, and to require the Mr. Priggett begin serving his term of incarceration on November 30, 2020 at 10:00 a.m., and to continue serving consecutive days of incarceration until he has served a total of 5 days.  Mr. Priggett expressly waives any right to a hearing on this issue pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 22, 2020    */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
TREVOR PRIGGETT


MCGREGOR SCOTT
United States Attorney

Date: October 22, 2020    */s/ William Taylor*
WILLIAM TAYLOR
Special Assistant United States Attorney

**ORDER**

For the reasons set forth above, the Court GRANTS the parties' request to modify the terms of Trevor Priggett's probation. The Court modifies Mr. Priggett's conditions of probation as follows:

Condition 5 is hereby modified effectively immediately to read: "The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 5 consecutive days. The defendant shall self surrender on November 30, 2020 at 10:00 am and remain in custody until he has served a total of 5 days."

All other conditions of Defendant's probation shall remain in full force and effect.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **October 23, 2020**

UNITED STATES MAGISTRATE JUDGE