```
HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TREVOR PRIGGETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>TREVOR PRIGGETT,<br><br>　　　　　　　Defendant. | Case No. 1:18-po-00078-SAB<br><br>STIPULATION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563 AND FED. R. CRIM. P. 32.1(C);  AND  ORDER<br><br>DATE:　March 18, 2021<br>TIME:　　10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Philip Tankovich, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Trevor Priggett, that the Court modify the terms and conditions of Mr. Priggett's probation as set forth below.

On June 25, 2020, the Court sentenced Mr. Priggett to a term of probation, currently set to expire on January 18, 2022.  As a condition of probation, the Court ordered that Mr. Priggett serve five days of imprisonment and pay a $530 monetary penalty.

Unfortunately, after serving his term of incarceration, Mr. Priggett was laid off by his employer.  Despite his efforts, Mr. Priggett has not yet been able to secure new permanent employment.  Mr. Prigett promptly notified counsel of his change in financial circumstances

///

1  following his termination and any delay in reporting this change in financial circumstances
2  should be attributed to the defense counsel alone.
3     Fortunately, Mr. Priggett has recently been able to find short term temporary work.
4  Based on this, counsel expects that Mr. Priggett will be able pay the remaining balance by the
5  end of September 2021.  Given the aforementioned concerns, the parties stipulate and request,
6  pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), that the Court
7  modify Mr. Priggett's sentence to continue his upcoming probation review hearing to October
8  2021, vacate the current payment deadline, and set a new payment schedule.  Specifically, that
9  Mr. Priggett pay $90 per month by the 15th of each month, beginning in April 2021, until the
10 remaining balance is paid in full.  Such a modification should permit Mr. Priggett to complete
11 the terms of his sentence in full, well before the anticipated January 18, 2022 probation
12 expiration date.

HEATHER E. WILLIAMS
Federal Defender

Date: March 5, 2021          */s/ Matthew Lemke*
                             MATTHEW LEMKE
                             Assistant Federal Defender
                             Attorney for Defendant
                             TREVOR PRIGGETT


                             MCGREGOR W. SCOTT
                             United States Attorney

Date: March 5, 2021          */s/ Philip Tankovich*
                             PHILIP TANKOVICH
                             Special Assistant United States Attorney
                             Attorney for Plaintiff

**O R D E R**

The Court hereby orders that Mr. Priggett's March 18, 2021 probation review hearing be continued to October 21, 2021 at 10:00 am. Defendant is ordered to appear. Mr. Priggett's payment deadline is vacated. Mr. Priggett is ordered to pay $90 per month by the 15th of each month, beginning in April 2021, until his remaining balance is paid in full.

IT IS SO ORDERED.

Dated: **March 12, 2021**

UNITED STATES MAGISTRATE JUDGE