HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
TREVOR PRIGGETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00078-SAB |
| Plaintiff, | STIPULATION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563 AND FED. R. CRIM. P. 32.1(C);  AND ORDER |
| vs. | |
| TREVOR PRIGGETT, | |
| Defendant. | DATE:   October 21, 2021<br>TIME:    10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Trevor Priggett, that the Court modify the terms and conditions of Mr. Priggett's probation as set forth below.

On June 25, 2020, the Court sentenced Mr. Priggett to a term of probation, currently set to expire on January 18, 2022.  ECF. No. 29.  As a condition of probation, the Court ordered that Mr. Priggett serve five days of imprisonment and pay a $530 monetary penalty.  *Id*.

After serving his term of incarceration, Mr. Priggett was laid off by his employer. Although Mr. Priggett was unable to find permanent, full-time employment, the parties asked the Court to modify Mr. Priggett's payment deadline because he found short-term, part-time work. Unfortunately, this sporadic work did not pay Mr. Priggett enough to both support his family and

afford his monthly court payments. Fortunately, Mr. Priggett has since secured a permanent, full-time position that pays a living wage. Mr. Priggett is prepared to pay $140 per month, until the full amount is satisfied.

Although Mr. Priggett has largely been in regular contact with counsel, he did miss several monthly payments before reporting the aforementioned changed circumstances. He understands that this was a mistake and regrets that he did not make the right choice. Now that he has a steady source of income, paying off the balance of his outstanding fine is a priority for Mr. Priggett.

In light of this information, the parties stipulate and request, pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), that the Court modify Mr. Priggett's sentence by increasing his financial penalty by $170, extend the term of probation until May 19, 2022, and continue his October 2021 probation review hearing to April 21, 2022. Mr. Priggett expressly waives any right to a hearing on this modification request pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(A).

HEATHER E. WILLIAMS
Federal Defender

Date: October 14, 2021    */s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
TREVOR PRIGGETT


PHILLIP A. TALBERT
Acting United States Attorney

Date: October 14, 2021    */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court hereby orders that Mr. Priggett's term of probation is extended to May 19, 2022. The previously imposed financial penalty is increased by $170, resulting in a total amount of $700. Mr. Priggett is ordered to submit payments of $140 per month, by the 15th of each month, beginning in November 2021, and to continue until his remaining balance is paid in full. Lastly, the probation review hearing current set for October 21, 2021 is continued to April 21, 2022 at 10:00 am. Defendant is ordered to appear.

IT IS SO ORDERED.

Dated: __October 15, 2021__

UNITED STATES MAGISTRATE JUDGE