# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>TREVOR PRIGGETT,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:18-po-00078-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Interfering with Agency Function, 36 C.F.R. § 2.32(a)(1); Violation of Terms of Probation

**Sentence Date:** June 29, 2020

**Review Hearing Date:** April 28, 2022

**Probation Expires On:** May 19, 2022

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $530 which Total Amount is made up of a Fine: $ 500  Special Assessment: $    Processing Fee: $ 30 Restitution: $

☐ Payment schedule of $     per month by the     of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** 5 days of imprisonment

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

    **Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
    Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/Jeffrey A. Spivak*   DATED: 04/14/2022
JEFFREY A. SPIVAK

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at   Choose an item.

   ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

   ☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 4/13/2022   */s/ Jaya Gupta*
JAYA C. GUPTA
Attorney for Trevor Priggett

## **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED.  The Court orders that the Review Hearing be vacated.

☐   DENIED.\

IT IS SO ORDERED.

Dated:   **April 14, 2022**

_____
UNITED STATES MAGISTRATE JUDGE